# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Javon Andrews Jr.             Docket No. 7:21-CR-4-2FL

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Javon Andrews Jr., who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 28th day of January, 2021.

The defendant appeared before Robert B. Jones, Jr., the U.S. Magistrate Judge for arraignment on the 25th day of May, 2021, and supervision was continued under existing conditions.

On March 8, 2022, the court approved a Petition for Action removing the electronic monitoring component of the curfew requirement, and supervision continued under the remaining conditions.

On May 12, 2022, a Violation Report was submitted advising the court that the defendant was not at home during his curfew hours.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

With the exception of one curfew violation, the defendant has been fully compliant with the conditions of release for approximately two years. In an effort to recognize the defendant's ongoing compliance, it is recommended the curfew requirement be removed. The U.S. Attorney's Office has been contacted, but they have not responded with their position in this matter.

**PRAYING THAT THE COURT WILL ORDER**

- The location monitoring condition be removed.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.            /s/ Melissa K. Lunsmann
C. Lee Meeks, Jr.            Melissa K. Lunsmann
Supervising U.S. Probation Officer            U.S. Probation Officer
           200 Williamsburg Pkwy, Unit 2
           Jacksonville, NC 28546-6762
           Phone: (910) 346-5103
           Executed On: January 27, 2023

Javon Andrews Jr.
Docket No. 7:21-CR-4-2FL
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the  31st  day of  January , 2023, and ordered filed and made part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge